■ In the Matter of JOHN GUERRA, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant. (Proceeding No. 2.) — Determination unanimously annulled, without costs and matter remitted to New York State Liquor Authority for a hearing in accordance with the memorandum. That portion of the order appealed from which directs the issuance of a renewal license reversed, without costs. Memorandum: The issues here presented are substantially identical with those passed upon in *Matter of Costello* v. *State Liq. Auth.* (17 A D 2d 547). The matter is remitted to the State Liquor Authority for review and reconsideration of petitioner's application for a renewal license for the reasons stated in the memorandum in the second *Costello* proceeding. (Review of determination of State Liquor Authority refusing to renew restaurant liquor license, transferred to Appellate Division for disposition by order of Erie Special Term; also appeal by State Liquor Authority from the same order, which also directs the issuance of a renewal license.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. [35 Misc 2d 564.]

■ LAWYERS CO-OPERATIVE PUBLISHING COMPANY et al., Appellants, v. MATTHEW BENDER & COMPANY, INC., Respondent, et al., Defendants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Monroe Special Term denying plaintiffs' motion for temporary injunctive relief.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.